

# NUMBER 13-22-00422-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

## IN RE NORTE HOLDINGS, LLC

---

## On Petition for Writ of Mandamus.

---

## MEMORANDUM OPINION

### Before Justices Longoria, Silva, and Peña
### Memorandum Opinion by Justice Peña[1]

By petition for writ of mandamus, relator Norte Holdings, LLC seeks to compel the trial court to: (1) vacate its June 2, 2022 order staying the trial court proceedings; (2) vacate its August 16, 2022 order denying reconsideration of that ruling; and (3) rule on relator's application for recognition of a foreign judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 36A.001–.011 (comprising the Uniform Foreign-Country Money Judgments

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so. When granting relief, the court must hand down an opinion as in any other case."); *id.* R. 47.4 (distinguishing opinions and memorandum opinions).

Recognition Act).

Mandamus is an extraordinary and discretionary remedy. *See In re Allstate Indem. Co.*, 622 S.W.3d 870, 883 (Tex. 2021) (orig. proceeding); *In re Garza*, 544 S.W.3d 836, 840 (Tex. 2018) (orig. proceeding) (per curiam); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d 124, 138 (Tex. 2004) (orig. proceeding). The relator must show that (1) the trial court abused its discretion, and (2) the relator lacks an adequate remedy on appeal. *In re USAA Gen. Indem. Co.*, 624 S.W.3d 782, 787 (Tex. 2021) (orig. proceeding); *In re Prudential Ins. Co. of Am.*, 148 S.W.3d at 135–36; *Walker v. Packer*, 827 S.W.2d 833, 839–40 (Tex. 1992) (orig. proceeding). "The relator bears the burden of proving these two requirements." *In re H.E.B. Grocery Co.*, 492 S.W.3d 300, 302 (Tex. 2016) (orig. proceeding) (per curiam); *Walker*, 827 S.W.2d at 840.

The Court, having examined and fully considered the petition for writ of mandamus, the response filed by real parties in interest Desarrollo Inmobiliario Las Haciendas, S.A. De C.V. and Florencio Ignacio Guerra Portilla a/k/a Florencio Guerra, the reply filed by relator, the record, and the applicable law, is of the opinion that relator has failed to meet its burden to obtain relief. Accordingly, we deny the petition for writ of mandamus. *See* TEX. R. APP. P. 52.4, 52.5, 52.8(a), (b), (d).

L. ARON PEÑA JR.
Justice

Delivered and filed on the
13th day of January, 2023.

2